Chief Magistrate Judge Theresa L. Fricke

1
2
3
4
5
6
7                   UNITED STATES DISTRICT COURT FOR THE
                   WESTERN DISTRICT OF WASHINGTON
8                            AT SEATTLE

9

10 MOHAMED ELTOHAMY,

                      Plaintiff,

11        v.

12 UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, *et al.*,[1]
13

                Defendants.
14

Case No. 2:25-cv-00745-TLF

STIPULATED MOTION TO HOLD
CASE IN ABEYANCE AND
[PROPOSED] ORDER

Noted for Consideration:
April 24, 2025

15       For good cause, Plaintiff and Defendants, by and through their counsel of record,

16 pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby

17 jointly stipulate and move to stay these proceedings until October 23, 2025.  Plaintiff brought

18 this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter*

19 *alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") adjudicate Plaintiff's

20 Form I-589, Application for Asylum and Withholding of Removal.  Defendants' response to the

21

22 _____

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Defendants substitute Department of Homeland Security
("DHS") Secretary Kristi Noem for former Secretary Alejandro Mayorkas, Senior Official Performing the Duties of
23 the Director Kika Scott for Ur Mendoza Jaddou, Director of the San Francisco Asylum Field Office Ron Rosenberg
for Emilia Bardini, Director of the Federal Bureau of Investigation Kash Patel for Christopher A Wray, U.S.
Attorney General Pamela Bondi for Merrick Garland and U.S. Attorney for the District of Columbia Edward R.
24 Martin, Jr for Matthew M. Graves.

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:25-cv-00745-TLF] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1  Complaint is currently due on May 14, 2025.  The parties are currently working towards a

2  resolution to this litigation.

3      Courts have "broad discretion" to stay proceedings.  *Clinton v. Jones*, 520 U.S. 681, 706

4  (1997).  "[T]he power to stay proceedings is incidental to the power inherent in every court to

5  control the disposition of the causes on its docket with economy of time and effort for itself, for

6  counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ.

7  P. 1.

8      With additional time, this case may be resolved without the need of further judicial

9  intervention.  USCIS has scheduled Plaintiff's asylum interview for June 25, 2025.  USCIS

10  agrees to diligently work towards completing the adjudication within 120 days of the interview,

11  absent unforeseen or exceptional circumstances that would require additional time for

12  adjudication.  If the adjudication is not completed within that time, USCIS will provide a status

13  report to the Court.  Plaintiff will submit all supplemental documents and evidence, if any, to

14  USCIS seven to ten days prior to the interview date.  Plaintiff recognizes that failure to submit

15  documents prior to the interview may require the interview to be rescheduled and the

16  adjudication delayed.  If needed, Plaintiff will bring an interpreter to the interview, otherwise the

17  interview will need to be rescheduled and the adjudication delayed.  Once the application is

18  adjudicated, Plaintiff will dismiss the case with each party to bear their own litigation costs and

19  attorneys' fees.  Accordingly, the parties request this abeyance to allow USCIS to conduct

20  Plaintiff's asylum interview and then process his asylum application.

21      As additional time is necessary for this to occur, the parties request that the Court hold

22  the case in abeyance until October 23, 2025. The parties will submit a status report on or before

23  October 23, 2025.

24  *//*

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:25-cv-00745-TLF] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1    DATED this 24th day of April, 2025.

2    Respectfully submitted,

3    TEAL LUTHY MILLER                    ELSHARNOBY & ASSOCIATES, P.C.
     Acting United States Attorney

4
     *s/ Michelle R. Lambert*                *s/ Daniel J. Porcerelli*
5    MICHELLE R. LAMBERT, NYS #4666657      DANIEL J. PORCERELLI, D.C. No. 90021079
     Assistant United States Attorney        Attorney & Counselor at Law
6    United States Attorney's Office         Elsharnoby & Associates, P.C.
     Western District of Washington          12824 Ford Road, Suite 2
7    1201 Pacific Avenue, Suite 700          Dearborn, MI 48126
     Tacoma, Washington 98402                Phone: (313) 581-9666
8    Phone: (253) 428-3800                   Email: DPorcerelli@elsharnoby.com
     Fax:    (253) 428-3826
9    Email:  michelle.lambert@usdoj.gov

10   *Attorneys for Defendants*

11   *I certify that this memorandum contains 383*
     *words, in compliance with the Local Civil Rules.*

12

13

14

15

16

17

18

19

20

21

22

23

24

1

### [~~PROPOSED~~] ORDER

2      The case, including all interim deadlines, is held in abeyance until October 23, 2025.

3  The parties shall submit a status report on or before October 23, 2025.  It is so **ORDERED**.

4

5      DATED this 7th day of May, 2025.

6

7      _____
       JAMES L. ROBART
8      United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATED MOTION FOR ABEYANCE                          UNITED STATES ATTORNEY
[Case No. 2:25-cv-00745-TLF] - 4                        1201 PACIFIC AVE., STE. 700
                                                        TACOMA, WA 98402
                                                        (253) 428-3800